

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-13-00702-CR

Jose Luis **RODRIGUEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR0547
Honorable Ron Rangel, Judge Presiding

## O R D E R

Appellant's brief is currently due May 22, 2014.  On May 28, 2014, appellant filed an extension of time asking for an additional five days in which to file his brief.  Assuming appellant meant five days from the date the extension was filed, and not five days from the current due date, we **GRANT** appellant's motion to extend time and **ORDER** appellant to file the brief on or before June 2, 2014.  Appellant is advised that no further extensions of time to file appellant's brief will be granted absent written proof of extraordinary circumstances.  The brief was originally due March 3, 2014, and therefore with the granting of this extension, appellant has had ninety days in which to file appellant's brief.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court